DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARJORIE A. BRUNACHE,**
Appellant,

v.

**COLONIAL VAN LINES RELOCATION DIVISION LLC,**
Appellee.

No. 4D2022-1636

[December 20, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case No. CONO17-005431.

Marie G. Vital, Miami, for appellant.

Elias R. Hilal of the Law Offices of Elias R. Hilal, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***